```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEE WOODS,
```

                Petitioner,

    - against -

THOMAS LAVALLEY, Superintendent,

                Respondent.
```
-------------------------------------------------------------------X
```

**JUDGMENT**
12-CV-2339 (RRM)

      A Memorandum and Order having been issued this day denying petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, it is hereby

      ORDERED, ADJUDGED AND DECREED that the petition is dismissed, and this case is closed.

Dated: Brooklyn, New York
       March 28, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge